UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
APPLE INDUSTRIES, INC.,

                        Plaintiff,

            -against-                         **ORDER**
                                                      CV 07-1216(ADS)(ARL)

MERIT INDUSTRIES, INC.,

                        Defendants.

----------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is the defendant's letter application dated February 27, 2008, seeking to compel the plaintiff to respond to the defendant's discovery demands served upon the plaintiff on August 17, 2008. The application is granted as unopposed. The plaintiff shall respond to all outstanding discovery requests, including the First Set of Interrogatories and Notice to Produce, by April 4, 2008. The defendant shall also serve the plaintiff with its outstanding document production by April 4, 2008. The plaintiff shall make itself available for a deposition at a mutually convenient time, but before April 17, 2008. The deadline for all discovery, inclusive of expert discovery, is extended to May 9, 2008. Any party planning on making a dispositive motion shall take the first step in the motion process by May 23, 2008. The final conference scheduled for April 29, 2008 is adjourned to May 27, 2008 at 2:00 a.m.
.

Dated: Central Islip, New York                      **SO ORDERED:**
       March 14, 2008

                                                       _____/s/_____
                                                       ARLENE R. LINDSAY
                                                       United States Magistrate Judge